IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **VINCENT HARDICK,**<br><br>   Plaintiff,<br><br>  v.<br><br>**BYTEGRID MANAGEMENT SERVICES LLC and**<br>**BYTEGRID HOLDINGS LLC,**<br><br>   Defendants. | Civil Action No. 1:19-cv-01160-CCB |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Vincent Hardick ("Plaintiff"), and Defendants ByteGrid Management Services LLC and ByteGrid Holdings LLC ("Defendants") (collectively with Plaintiff, the "Parties"), hereby stipulate to a voluntary dismissal, with prejudice, of all claims pled in this action by Plaintiff. The Parties further stipulate that each party shall bear its or his own attorneys' fees and costs of suit.

IT IS SO STIPULATED.


Date: _____12/15/20_____


                _____/S/_____
                The Honorable Catherine C. Blake
                United States District Court Judge

**SEEN AND AGREED:**

| | |
|---|---|
| /s/ Linda U. Okoukoni | /s/ Alyse L. Prawde* |
| Teresa Burke Wright (Federal Bar No. 08602) | Timothy F. Maloney |
| Linda U. Okoukoni (Federal Bar No. 15995) | Alyse L. Prawde |
| 10701 Parkridge Boulevard, Suite 300 | Joseph, Greenwald & Laake, P.A. |
| Reston, Virginia 20191 | 6404 Ivy Lane, Suite 400 |
| (703) 483-8300 – Phone | Greenbelt, MD 20770 |
| (703) 483-8301 – Fax | (301) 220-2200 (phone) |
| Teresa.Wright@jacksonlewis.com | (301) 220-1214 (fax) |
| Linda.Okoukoni@jacksonlewis.com | tmaloney@jgllaw.com |
| | aprawde@jgllaw.com |
| *Counsel for Defendants* | |
| | *Counsel for Plaintiff* |

[*signed and filed by Linda U. Okoukoni with permission]

Dated:  December 14, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2020, the foregoing *Joint Stipulation of Dismissal With Prejudice* was filed electronically with the Clerk of the Court and served electronically using the CM/ECF upon:

Timothy F. Maloney
Alyse L. Prawde
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200 (phone)
(301) 220-1214 (fax)
tmaloney@jgllaw.com
aprawde@jgllaw.com

*Counsel for Plaintiff*

                                                  By: /s/ Linda U. Okoukoni
                                                     Linda U. Okoukoni (Federal Bar No. 15995)
                                                     10701 Parkridge Boulevard, Suite 300
                                                   Reston, Virginia 20191
                                                   (703) 483-8300 – Phone
                                                   (703) 483-8301 – Fax
                                                   linda.okoukoni@jacksonlewis.com

                                                   *Counsel for Defendants*